| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BERZON, MARSHA S | 2. Court or Organization<br><br>U.S.C.A. NINTH CIRCUIT | 3. Date of Report<br><br>05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>95 SEVENTH STREET<br>P.O. BOX 193939<br>SAN FRANCISCO, CA 94119-3939 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 16 A 11: 57 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | NEW YORK UNIVERSITY HONORARIUM | $ 1,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AMERICAN CONSTITUTION SOCIETY | 6/15-6/18/06 - WASHINGTON, D.C. PROFESSIONAL ASSOCIATION ACTIVITY (TRAVEL, LODGING, MEALS) |
| 2. | NEW YORK UNIVERSITY | 7/08-7/14/06 - NEW YORK, NEW YORK PROFESSIONAL ASSOCIATION ACTIVITY (TRAVEL, LODGING, MEALS) |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

5.

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERZON, MARSHA S | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | K | T | | | | | |
| 2. AT & T NEW COMMON STOCK . | A | Dividend | | | SELL | 6/02 | K | A | |
| 3. COCA-COLA COMMON STOCK | A | Dividend | K | T | | | | | |
| 4. COMCAST CORP. NEW CL A COMMON STOCK | | | J | T | | | | | |
| 5. PEPSICO COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. LSI LOGIC CORP COMMON STOCK | | | J | T | | | | | |
| 7. SOURCE INTERLINK COMPANY COMMON STOCK | | | K | T | | | | | |
| 8. CORNING COMMON STOCK | | | M | T | | | | | |
| 9. BELLSOUTH CORPORATION COMMON STOCK | A | Dividend | | | SELL | 9/26 | K | D | |
| 10. KEYSPAN CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. NSTAR COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. PUBLIC SVC ENT GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. VODAFONE GROUP ADR | A | Dividend | J | T | | | | | |
| 15. SCHWAB PREMIER EQUITY | A | Dividend | M | T | | | | | |
| 16. DREYFUS APPRECIATION FUND | B | Dividend | K | T | | | | | |
| 17. DREYFUS EMERGING LEADERS FUND | E | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DREYFUS PREMIER NEW LEADERS FUND | E | Dividend | M | T | | | | | |
| 19. RS MIDCAP OPPORTUNITIES FUND | E | Dividend | O | T | | | | | |
| 20. VAN WAGONER EMERGING GROWTH FUND | | | K | T | | | | | |
| 21. VAN WAGONER SMALL CAP GROWTH FUND | | | K | T | | | | | |
| 22. SCHWAB CA MUNI MONEY FUND (SWEEP) | A | Dividend | K | T | | | | | |
| 23. SCHWAB CA MUNI MONEY FUND (NON-SWEEP) | C | Dividend | L | T | | | | | |
| 24. FIDELITY CA AMT TAX FREE MONEY MKT(FORMERLY FID. SPARTAN) | F | Dividend | P1 | T | | | | | |
| 25. PSP #1 ( ACCOUNT) | E | Dividend | N | T | | | | | |
| 26. -AIM AGGRESSIVE GROWTH FUND - CL A | | | | | REORG OUT *2 | 3/24 | K | | |
| 27. -AIM BLUE CHIP FUND- CL A | | | | | REORG OUT *3 | 3/24 | K | | |
| 28. -AIM CHARTER FUND - CL A | | | | | REORG IN *4 | 4/07 | K | | |
| 29. -AIM CHARTER FUND - CL A | | | | | SELL | 4/21 | M | | |
| 30. -AIM CONSTELLATION FUND - CL A | | | | | REORG IN *5 | 3/24 | L | | |
| 31. -AIM CONSTELLATION FUND- CL A | | | | | REORG IN *2 | 3/24 | K | | |
| 32. -AIM CONSTELLATION FUND- CL A | | | | | PARTIAL SALE | 4/21 | M | | |
| 33. -AIM PREMIER EQUITY FUND - CL A | | | | | REORG OUT *4 | 4/07 | K | | |
| 34. -AIM WEINGARTEN FUND - CL A | | | | | REORG OUT | 3/24 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | *5 | | | | |
| 35. -AIM CAPITAL DEVELOPMENT | | | | | BUY | 4/21 | L | | |
| 36. -AIM INTERNATIONAL SMALL CO FD - CL A | | | | | BUY | 4/21 | L | | |
| 37. -AIM LARGE CAP GROWTH FUND - CL A | | | | | REORG IN *3 | 3/24 | K | | |
| 38. -AIM LARGE CAP GROWTH FUND - CL A | | | | | SELL | 4/21 | K | | |
| 39. -AIM GLOBAL EQUITY FUND - CL A | | | | | BUY | 4/21 | L | | |
| 40. -AIM MULTISECTOR FUND - CL A | | | | | BUY | 4/21 | K | | |
| 41. IRA#1 ( ACCOUNT) | D | Dividend | M | T | | | | | |
| 42. -AMERICAN FUNDS WASH MUTUAL INV FUND - CL A | | | | | PARTIAL SALE | 4/21 | L | E | |
| 43. -AMERICAN FUNDS AMCAP FUND- CL A | | | | | BUY | 4/21 | L | | |
| 44. PSRP#1 ( ACCOUNT) | E | Dividend | N | T | | | | | |
| 45. -AMERICAN FUNDS GROWTH FUND OF AMERICA - CL A | | | | | BUY | 4/21 | K | | |
| 46. -AMERICAN FUNDS NEW ECONOMY FUND - CL A | | | | | | | | | |
| 47. -AMERICAN FUNDS NEW PERSPECTIVE FUND - CL A | | | | | | | | | |
| 48. -AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND - CL A | | | | | BUY | 4/21 | K | | |
| 49. -AMERICAN FUNDS FUNDAMENTAL NVESTORS - CL A | | | | | | | | | |
| 50. -AMERICAN FUNDS INVEST CO OF | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| AMERICA - CL A | | | | | | | | | |
| 51. -AMERICAN FUNDS WASH MUTUAL INV FUND - CL A | | | | | | | | | |
| 52. -AMERICAN FUNDS INCOME FUND OF AMERICA - CL A | | | | | BUY | 4/21 | K | | |
| 53. -AMERICAN FUNDS INCOME FUND OF AMERICAN - CL A | | | | | BUY | 6/02 | J | | |
| 54. -AMERICAN FUNDS AMERICAN BALANCED FUND - CL A | | | | | BUY | 4/21 | K | | |
| 55. -AMERICAN FUNDS AMERICAN BALANCE FUND - CL A | | | | | BUY | 6/02 | K | | |
| 56. -AMERICAN FUNDS CASH MGT TR OF AMERICA - CL A | | | | | | | | | |
| 57. IRA #2 | F | Dividend | P1 | T | | | | | |
| 58. -AMERICAN FUNDS EUROPACIFIC GROWTH FUND- CL A | | | | | | | | | |
| 59. -AMERICAN FUNDS GROWTH FUND OF AMERICAN - CL A | | | | | BUY | 4/21 | L | | |
| 60. -AMERICAN FUNDS NEW PERSPECTIVE FUND - CL A | | | | | BUY | 4/21 | K | | |
| 61. -AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME - CL A | | | | | BUY | 4/21 | L | | |
| 62. -AMERICAN FUNDS FUNDAMENTAL INVESTORS - CL A | | | | | BUY | 4/21 | L | | |
| 63. -AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA - CL A | | | | | PARTIAL SALE | 4/21 | N | G | |
| 64. -AMERICAN FUNDS CAPITAL INCOME BUILDER - CL A | | | | | BUY | 4/21 | L | | |
| 65. -AMERICAN FUNDS INCOME FUND OF AMERICA - CL A | | | | | BUY | 4/21 | L | | |
| 66. -AMERICAN FUNDS AMERICAN | | | | | BUY | 4/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BALANCED FUND - CL A | | | | | | | | | |
| 67. -AMERICAN FUNDS CASH MANAGEMENT TRUST OF AMERICA- CL A | | | | | | | | | |
| 68. ▬▬▬ CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *1 | D | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1  THE EARNINGS REPORTED IN PART VII REPRESENT THE ▮▮▮▮▮ DISTRIBUTIVE SHARE OF PARTNERSHIP INTEREST INCOME.

*2 AIM AGGRESSIVE GROWTH FUND CLASS A WAS REORGANIZED TO AIM CONSTELLATION FUND CLASS A ON 3/24/06.

*3 AIM BLUE CHIP FUND CLASS A WAS REORGANIZED TO AIM LARGE CAP GROWTH FUND CLASS A ON 3/24/06.

*4 AIM PREMIER EQUITY FUND CLASS A WAS REORGANIZED TO AIM CHARTER FUND CLASS A ON 4/07/2006.

*5 AIM WEINGARTEN FUND CLASS A WAS REORGANIZED TO AIM CONSTELLATION FUND CLASS A ON 3/24/2006.


* VALUE AND INCOME OF ASSET LISTED IN PART VII, LINE 7 OF PREVIOUS YEAR'S REPORT HAS DECLINED BELOW REPORTING VALUE.

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S | 05/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████    Date  5/10/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544